Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                                    Case No.: 19–31492–CMG
                                    Chapter:  7
                                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen Joseph Papa
   aka Steve Papa
   58 Almond Drive
   Franklin Township, NJ 08873

Social Security No.:
   xxx–xx–8074

Employer's Tax I.D. No.:

---

# FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 17, 2020</u>                     <u>Christine M. Gravelle</u>
                                                  Judge, United States Bankruptcy Court